UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

_____

MINWOO PARK,

    Plaintiff,

v.                                                               Case No. 2:19-cv-02402-JTF-jay

JEONG HEE KIM, CHOL WOO KIM,
VP1-1, INC. d/b/a VALUE PENNY,
B&B BEAUTY SUPPLY, INC.
B&B 2, Inc., AND
B&B CAPITAL HOLDINGS, INC.

    Defendants.

_____

**UNOPPOSED MOTION TO WITHDRAW AS COUNSEL OF RECORD FOR DEFENDANTS**

_____

       Kannon C. Conway and Benjamin D. West ("Movants") hereby move the Court for an Order allowing them and the law firm of Harris Shelton Hanover Walsh, PLLC, to withdraw as counsel of record for the Defendants, Jeong Hee Kim, Chol Woo Kim, VP1-1, Inc. d/b/a Value Penny, B&B Beauty Supply, Inc., B&B 2, Inc., and B&B Capital Holdings, Inc ("Defendants").

       Movants seek to withdraw as counsel of record under Tennessee Supreme Court Rule 8, Rules of Professional Conduct (RPC) 1.16, subsections (5), (6) <u>and</u> (7). Movants state that Kannon Conway has corresponded in writing with the Defendants regarding withdrawing as counsel and has provided written notice to the Defendants that he would file this motion on January 27, 2020. Defendants have not protested Movants' withdrawal.

Further, withdrawal can be accomplished without material adverse effect on the interests of the Defendants because this case is not set for trial.

Plaintiff's counsel does not oppose this motion.

>Respectfully Submitted,
>
>Harris Shelton Hanover Walsh, PLLC
>
>*/s/ Kannon C. Conway*
>Kannon C. Conway (TN Bar# 023569)
>Benjamin D. West (TN Bar# 028376)
>6060 Primacy Parkway, Suite 100
>Memphis, Tennessee 38119
>T:  901-525-1455
>E:  kconway@harrisshelton.com

## CERTIFICATE OF CONSULTATION

Pursuant to Rule 7.2 of the Local Rules, Defendants' counsel has consulted in writing with Plaintiff's counsel and they do not oppose the relief requested in this Motion.

>*/s/ Kannon C. Conway*
>Kannon C. Conway

## CERTIFICATE OF SERVICE

I, Kannon C. Conway, do hereby certify that a copy of the foregoing was electronically filed through the Court's ECF system and served this 27TH day of January, 2020 by operation of the Court's electronic noticing system upon participants registered in this case and has served a copy of this Motion by email upon the Defendants.

>*/s/ Kannon C. Conway*
>Kannon C. Conway